

"Let this be filed.

_____   _____
John D. Bates              Date
U.S. District Judge"

Motion of Compassionate Release

Dear, Honorable Judge John D. Bates

Your Honor, This motion is being filed to the courts on this Day August-8th-2020 Asking the courts for compassionate release of a supervised release violation In which I was sentence to 26 months case# 03-234 offense Code 384 OFF/CHG T21: 841 (A)(1) and 841 (B) (1) (C) unlawful possesion with intent to Distribute Phencyclidine. Date of offense 5-08-2003, Date supervision Revoked 3-21-2011, Date Committed to Custody 5-04-2011. Reason for violation, New Criminal conduct. I'm asking this court for Compassion Due to medical reasons and the recent surge and current pandemic of Covid-19 (Corona virus) Crisis. I'm at High risk of Fatal complications IF I was to contract this virus from staff or Inmates In this Institution, Covid-19 being a virus that attacks the respiratory system. I've suffered from lung failure where both my lungs collapse two times in a matter of weeks from motor vehicle accident October-18-2000. Due to Prison being a incubation Atmosphere, I feel I'm at great risk. As of recent 1 case has been reported in this institution and hundreds Bop wide therefore I Plead to the

Courts for compassion to run my Federal violation concurrent with my higher sentence of 14 years in Superior Court case and if the Courts can't cross in that manner, than I plead with your Honor to consider reinstating or to vacate violation time of 26 months. I've satisfied over 70% of my Primary Charge in Superior, relief of violation time would allow me to be released on Home Confinement. Over the past 10 years & 4 months I've completed a 900hr Challenge Program, VT Computer training, Instructor classes in Physical wellness, I'm a student at Stradford Career Institute taking classes on Drug & Alcohol treatment Counseling, Also I am the Grantee of an Apprenticeship here at FCI Berlin through the Recreation, Education department also the Department of labor which I will continue with if the Courts grants any Relief.

James W Edwards
James W Edwards

EDWARDS, James W.
31043-007
Unit B1

## Inmate Request to Staff Member Response

This is in response to your Inmate Request dated July 29, 2020, regarding Compassionate Release/Reduction in Sentence (RIS) and/or release to Home Confinement. Your request is premised on the COVID-19 outbreak and your stated health concerns. You also request that your sentence be vacated or reinstated to supervision only.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons, to reduce a term of imprisonment for extraordinary or compelling reasons. Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons; such as the inmate's terminal medical condition, a debilitating medical condition, status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate", the death or incapacitation of the family member caregiver of the inmate's child, or the incapacitation of the inmate's spouse or registered partner. While I empathize with your concerns, your request for RIS is not within the aforementioned policy requirements.

The transfer of inmates from secure custody to Home Confinement under the CARES act is directed by the memorandum from the Attorney General, dated March 26, 2020, and memorandum from BOP Acting Assistant Director, Correctional Programs Division, dated May 8, 2020. For public safety reasons and to ensure effective use of limited resources, and in accordance with the above directives, there are specific factors that must be assessed to ensure inmates are suitable for extended Home Confinement. These factors include, but are not limited to, institutional discipline history over the past 12 months, ensuring inmates have a verifiable release plan, verifying the inmate's primary offense history does not include violence, a sex offense, or terrorism, confirming the inmate does not have a detainer, reviewing the inmate's security level, with inmates at minimum and low security levels receiving priority treatment and reviewing the inmate's score under PATTERN, with inmates who are

scored above a minimum not receiving priority treatment. Finally, the age and vulnerability of the inmate to COVID-19, in accordance with CDC guidance will be taken into account. Inmates who meet the above basic conditions must have also served 50% or more of their sentence or 25% or more of their sentence if within 18 months of release.

In regards to Home Confinement placement, you do not meet the specified criteria at this time. Specifically, your current security level is Medium, and your recidivism risk level, as assessed by PATTERN, is High. For these reasons, you will not be submitted for Home Confinement at this time.

Also, an institutional request is not the avenue for revision and/or release from your sentence. You should use the appropriate appeal process through the court.

If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.18, <u>Administrative Remedy Program</u>, within 20 calendar days of the date of this response.

I trust this addresses your concerns.

8/3/2020
Date

Robert Hazlewood, Warden



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EDWARDS, JAMES W   31043-007

**SEQUENCE:** 00195505
**Report Date:** 08-07-2020



| | |
|---|---|
| Facility: | BER  BERLIN FCI |
| Name: | EDWARDS, JAMES W |
| Register No.: | 31043-007 |
| Quarters: | B01-128LH |
| Age: | 39 |
| Date of Birth: | 08-11-1981 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 10-24-2024 |
| Release Method: | GCT REL |
| DNA Status: | PEM01593 / 04-30-2009 |

### Contact Information
**Release contact & address**
Barbara  Edwards , STEP MOTHER
6810 Southfield Road, Fort Washington , MD 20744
US
Phone (home) : 301-864-3856

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 22-2801;ROBBERY W/ARMED(INOPERABLE GUN), 22-401;ASSAULT W/I TO COMMIT ROBBERY, 22-801;BURGLARY 1 W/ARMED (GUN) | 168 MONTHS |
| T21:841(A)(1) AND 841(B)(1)(C) UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE PHENCYCLIDINE | 26 MONTHS |

Date Sentence Computation Began:   11-15-2010
Sentencing District:   DIST OF COLUMBIA, SUPERIOR CRT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   276 | 278 | Years: 10 Months: 3 Days: | + 201   JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
Inmate Edwards works to better himself and follow all recommendations to the best of his ability.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BER | REC WELL | RECREATION WELLNESS ORDERLY | 01-28-2020 |

### Work Assignment Summary
Inmate Edwards has been assigned as a Recreation Orderly for the past 10 months, where he has received favorable reviews from his supervisors.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BER | ESL HAS | ENGLISH PROFICIENT | 01-24-2003 |
| BER | GED EARNED | GED EARNED IN BOP | 08-14-2007 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BER | C | ACE-SOCIAL STUDIES CIVIL WAR | 05-27-2020 | 07-07-2020 |
| BER | C | HEALTH FAIR (RPP 1) | 07-08-2019 | 07-08-2019 |
| BER | C | MOCK JOBFAIR INTERVIEW (RPP 2) | 06-27-2019 | 06-27-2019 |
| BER | C | MOCK JOBFAIR INFORMATION RPP2 | 06-27-2019 | 06-27-2019 |
| BER | C | VT COMPUTER | 04-22-2019 | 06-03-2019 |
| BER | C | RESUME WRIT. INTV.SKLL (RPP 2) | 04-26-2019 | 05-01-2019 |
| BER | C | PUBLIC SPEAKING | 03-13-2019 | 05-01-2019 |
| BER | C | EXPLORATORY VT COMPUTERS | 03-11-2019 | 04-11-2019 |



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EDWARDS, JAMES W   31043-007

SEQUENCE: 00195505
Report Date: 08-07-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BER | C | OIL PAINTING | 01-09-2019 | 03-11-2019 |
| BER | C | BEGINNING COLOR THEORY | 01-02-2019 | 02-28-2019 |
| BER | C | HEALTH FAIR (RPP 1) | 06-05-2018 | 06-16-2018 |
| MCK | W | 0800 NCCER CORE CERTIFICATION | 09-14-2017 | 01-04-2018 |
| MCK | C | ACE-REAL ESTATE (INTRO) | 10-11-2016 | 01-06-2017 |
| MCK | C | RPP6 INSIDE OUT DAD M,W 8-10AM | 05-31-2016 | 07-07-2016 |
| MCK | C | RPP (6) PERSONALITY ASSESSMENT | 01-28-2016 | 01-28-2016 |
| MCR CHG | C | ACE PERSONAL SUCCESS MON 6-8PM | 03-26-2015 | 06-03-2015 |
| MCR CHG | C | BASIC ART M-F 5-7P | 02-24-2015 | 04-15-2015 |
| MCR | C | BEGINNING LEATHER M-F 5-7 PM | 01-13-2014 | 03-12-2014 |
| BEN | C | TPC ELECTRICAL VT M-F 8-9AM | 02-07-2013 | 07-05-2013 |
| BEN | C | RPP DISP OF PROPERTY(5) | 02-07-2013 | 02-07-2013 |
| BSY | C | STOP THE VIOLENCE;9:00AM | 03-15-2012 | 04-26-2012 |
| PEM | C | PRE-GED 12:30-2:00PM | 03-26-2007 | 08-14-2007 |
| PEM | W | PRE-GED 2:30-3:30PM | 01-23-2007 | 03-26-2007 |
| PEM | W | SNEAD GED 2:30-3:30PM | 02-28-2005 | 01-23-2007 |
| PEM | C | RPP #6 FREE YOUR MIND | 08-31-2004 | 10-12-2004 |

### Education Information Summary

Inmate Edwards has recently completed an ACE class. He has completed 11 courses while housed at FCI Berlin, to include a vocational course and 5 Release Preparation Programs. He has also recently taught several health classes; Nutrition 1, Nutrition 2, Diabetes, and Anatomy and Physiology.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 09-28-2018 | 113 : POSSESSING DRUGS/ALCOHOL |
| 01-12-2018 | 104 : POSSESSING A DANGEROUS WEAPON |
|  | 201 : FIGHTING WITH ANOTHER PERSON |
| 01-18-2017 | 305 : POSSESSING UNAUTHORIZED ITEM |
| 08-27-2013 | 108 : POSSESSING A HAZARDOUS TOOL |
| 07-23-2013 | 224 : ASSAULTING W/O SERIOUS INJURY |
| 04-25-2012 | 306 : REFUSING WORK/PGM ASSIGNMENT |
| 10-02-2008 | 112 : USE OF DRUGS/ALCOHOL |
| 05-19-2008 | 112 : USE OF DRUGS/ALCOHOL |
| 03-10-2008 | 112 : USE OF DRUGS/ALCOHOL |
| 07-16-2007 | 316 : BEING IN UNAUTHORIZED AREA |
| 04-01-2006 | 310 : BEING ABSENT FROM ASSIGNMENT |
| 01-20-2005 | 305 : POSSESSING UNAUTHORIZED ITEM |
| 12-15-2004 | 330 : BEING UNSANITARY OR UNTIDY |
| 02-12-2003 | 312 : BEING INSOLENT TO STAFF MEMBER |
|  | 313 : LYING OR FALSIFYING STATEMENT |

### Discipline Summary

Inmate Edwards has maintained clear conduct for almost 2 years.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| BER | A-DES | OTHER AUTH ABSENCE RETURN | 01-28-2020 | CURRENT |
| BER | A-DES | TRANSFER RECEIVED | 03-15-2018 | 01-28-2020 |
| MCK | A-DES | TRANSFER RECEIVED | 11-05-2015 | 03-01-2018 |
| MCR CHG | A-DES | TRANSFER RECEIVED | 11-05-2013 | 10-21-2015 |
| BEN | A-DES | TRANSFER RECEIVED | 01-10-2013 | 10-29-2013 |
| BSY | A-DES | WRIT RETURN | 03-07-2012 | 01-08-2013 |
| BSY | A-DES | DC SUPERIOR COURT COMT | 05-04-2011 | 12-22-2011 |
| PEM | A-DES | OTHER AUTH ABSENCE RETURN | 12-05-2007 | 06-24-2009 |
| PEM | A-DES | US DISTRICT COURT COMMITMENT | 05-28-2004 | 12-05-2007 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EDWARDS, JAMES W  31043-007

SEQUENCE: 00195505
Report Date: 08-07-2020

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-06-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-13-2011 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 01-24-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-14-2017 |
| SOFT SHOES | SOFT SHOES ONLY | 11-12-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-22-2018 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CHG COMP | CHALLENGE COMPLETED | 09-04-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 07-06-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 10-31-2011 |
| NR COMP | NRES DRUG TMT/COMPLETE | 12-26-2019 |

### Physical and Mental Health Summary

Inmate Edwards enrolled in the Challenge Program in October of 2014 and completed the program in September of 2015. The Challenge Program is a unit-based, residential program developed for inmates in penitentiary settings. The Challenge Program provides treatment to inmates with substance abuse problems. The Challenge Program offers Cognitive Behavioral Therapy oriented treatment programming wrapped within the therapeutic community model. Inmates may participate in the program at any point during their sentence; however, they must have at least 18 months remaining on their sentence. The Challenge Program requires 500 contact hours; i.e., face-to-face contact between treatment staff and inmate participants, over no less than 9 months of half-day programming.

### FRP Details

Most Recent Payment Plan

FRP Assignment: **COMPLT**  FINANC RESP-COMPLETED  Start: 09-12-2017
Inmate Decision: **AGREED**  $25.00  Frequency: **QUARTERLY**
Payments past 6 months:  $0.00  Obligation Balance: $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | COST DC | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | COST DC | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 5 | COST DC | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### Financial Responsibility Summary

Inmate Edwards has fulfilled his financial obligation to the courts through participation in the Inmate Financial Responsibility Program.

### Release Planning

Inmate Edwards intends to release to the Fort Washington, Maryland area and pursue available employment opportunities there.

### General Comments

Inmate Edwards has been respectful and has worked to be a positive influence on others during his time at FCI Berlin.



### Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EDWARDS, JAMES W   31043-007

SEQUENCE: 00195505
Report Date: 08-07-2020

Name: EDWARDS, JAMES W
Register Num: 31043-007
Age: 39
Date of Birth: 08-11-1981
DNA Status: PEM01593 / 04-30-2009

Inmate   (EDWARDS, JAMES W, Register Num: 31043-007)

Date

Chairperson

8/13/2020

Date

Case Manager   8-13-2020

Date



STRATFORD CAREER INSTITUTE

Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT  05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC  H4T 1X2
1-800-435-5338

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SNGLP

James Edwards                     9869 T1 10
31043007
F C I Berlin
PO Box 9000
Berlin NH  03570-9000

Student No.:  **G239852**

Assignment No.:  **DCB4A1**

Date Graded:  August 3, 2020

Reference No.:  VEZ202008033

**Overall Grade:  88%**

Dear James Edwards,

I have reviewed your work for:  **Drug & Alcohol Treatment Exam 1 Module 4**

The following results outline your answers for each question.

| Question Number | Your Answer | Correct Answer | Reference |
|---|---|---|---|
| 1  | A | A   | Correct |
| 2  | C | C   | Correct |
| 3  | D | D   | Correct |
| 4  | B | B   | Correct |
| 5  | A | (B) | See P. 49 |
| 6  | A | A | Correct |
| 7  | C | C | Correct |
| 8  | C | C | Correct |
| 9  | B | B | Correct |
| 10 | A | A | Correct |
| 11 | D | D   | Correct |
| 12 | C | C   | Correct |
| 13 | C | (A) | See P. 64 |
| 14 | C | (B) | See P. 25–26 |
| 15 | D | D   | Correct |
| 16 | D | D | Correct |
| 17 | A | A | Correct |
| 18 | C | C | Correct |
| 19 | B | B | Correct |
| 20 | A | A | Correct |
| 21 | C | C | Correct |
| 22 | D | D | Correct |
| 23 | B | B | Correct |
| 24 | C | C | Correct |
| 25 | A | A | Correct |

Your good score here shows that you are approaching these exams correctly — checking through the reading assignments to find specific references to each question. Likewise, you should take another look at those questions you got wrong. This will enable you to benefit even further from the exercise.

Your answers will be on file for 30 days. Notify us within 30 days if you have any question about your test score.