"Let this be filed.

_____   _____
John D. Bates        Date
U.S. District Judge*

James W. Edwards                Crimi No. 03-CR-234(JDB)

V.                               United States District Court

United States                    For the District of Columbia

3582 CC)(I)(A)(i) Modified Brief Reduce sentence

Page 1

Mr. Edwards Respectfully submits this motion Before
this court Citing that his due Process rights were
violated. Mr. Edwards Filed A Motion For compassionate
Release under 18 U.S.C § 3582 (C)(1)(A) on August 20,2020
In which this court gave the government one week to
respond on August 24, 2020 By August 31, 2020 deadline.
On August 25, 2020 Assistant United States Attorney
James Sweeney was assigned to this case, During which
time he Filed For extension to respond to defendant
Edwards Pro Se motion. Citing he Just returned From
two weeks leave and had several other compassionate
Release Motions to respond to with short turnaround.
This court Granted the government motion For an
extension of approximately one week by september
8, 2020, The government response was mailed to
the defendant by september 7, 2020 during which
time the defendant sent A swift rebuttal that
day. Mr. Edwards Argues that an official Judge
decision was not sent to him granting or denying
Pro Se Motion For Compassionate Release which violated
his due Process rights to appeal the Judges
decision. Mr. Edwards Further argues after waiting
during A deadly Pandemic For the Judges decision
in this matter, he asked his case manager,

Page 2    Ms. Lacey at FCI Berlin Unit B1 team, To look on Judge John D Bates website for any updates to his Pro se motion only to find out that his Pro se motion was denied September 12, 2020 four days after the government reply but an official copy of the Judge Order in this matter was not mailed to the defendant Blocking his chance to appeal. Mr. Edwards now ask that his motion for sentence Reduction be Granted Citing that the government improperly used his criminal History to deny his Pro se motion when his criminal history was already reflected on at his sentence in both Superior court case and district Court Violation See United States V. Arroyo 468 F. supp. 3d 785, 792. Mr. Edwards Contest that he's A danger to the Community his criminal past being reflected on at sentencing. yet today the Covid-19 Pandemic presents a new risk of harm that acutely impacts the defendant More similarly 18 USC 3582 (c)(1)(A)(i) exist to permit the court to reconsider its sentencing decision in Extraordinary and Compelling Circumstances such as these.

Page 3   Black Law Dictionary defines Extraordinary as Beyond what is usual, customary, regular or common. Extraordinary, Black's law dictionary 730 (11th Ed. 2019) Its definition of compelling Need, Black's law Dictionary 352 (11th Ed. 2019) The Present Global Pandemic is A quint-Essential Extraordinary Circumstance beyond what most American's have Experienced in their Lifetime, and the grave risk to Mr. Edwards from Continued incarceration Provides A Compelling reason For his immediate Release. Defendant Edwards has A history of lung Damage, Also A BMI over 30, At 31.7 Being obese and unhealthy Mr. Edwards Also is Pleading to the court For sentence reduction due to other serious health issues loss of vision being diagnosed with kerata Conus in 2014 While in the Bureau Custody over the past 7yrs his condition has worsten. Mr Edwards is now legally Blind and going through A series of surgeries on eyes and hospital trips outside of Institution. In Fact From Feb 8, 2021 until April Mr. Edwards has had Preventive surgery on right eye and over

Page 4   4 outside doctor visits to Concord eye
Center 2 Pillsbury Street, Suite 100 Concord,
NH, 03301 where Mr Edwards has had
Surgery done on right eye Cornea
Cross linking to try to prevent complete
Vision loss and still has to undergo left
eye surgery having the same Procedure
done which will require multiple
hospital visits during this deadly
Pandemic to try to prevent what
has already happened by cross linking
which is not the best medical care
that Mr. Edwards should be recieving
Being Categorized as legally Blind Mr
Edwards ask that the Corrective Surgery
be done to his vision which will require
That his corneas be replace, meaning
he would require the corneas from a
Cadavor and to undergo a surgery
of that magnitude Mr. Edwards Should
be home to seek the best medical care
he can Find, Covid-19 and the serious
risk to Mr Edwards health warrants
a reduce sentence here the overriding
Factor Under & 3553(G) that was not

Page 5   Present at the time of sentence is
The Covid-19 Pandemic and the serious
risk it presents to Mr. Edwards health
and safety. Currently at FCI Berlin
The recent Surge of Covid cases
raises those risk 97 inmates out
of a population of Just over 500
inmates at FCI Berlin tested
Positive for the Corona virus
On April 8, 2021 Sending the institution
into lock down status 24 hrs a day.
The purpose of punishment does not
warrant a sentence that includes
Exposure to a life threating illness in
Fact the Eighth Amendments prohibition
on Cruel an unusual punishment includes
Unreasonable exposure to dangerous conditions
in Custody. Helling v. Mckinney; 509 U.S. 25, 28
(1993); see also Wallis V. Baldwin, 70 F. 3d. 1074
(9th Cir. 1995) (applying Helling to exposure
to abestos); Brown V. Mitchell, 327 F. Supp
2d. 615, 650 (E.D. Va July 28, 2004) applying
Helling to Contagious diseases caused by
over Crowding Conditions. The Eighth
Amendment also guarantees inmates

page 7   Mr Edwards being legally Blind do not
Feel that the Doctor provided by the
Bureau is operating in his best intrest
Mr. Edwards has asked Doctor richardson
on Every doctor visit about Doing
the corrective surgery but Feels the
Doctor's cockiness instead of comfort in
having A conversation with your Doctor
to Explain what is going on with your
body and Feels that Doctor richardson is
Operating in the contines of what the
Bureau is willing to pay For. There
For not effording Mr Edwards the
Best treatment For his condition
which is the corrective Procedure
Cornea replacement therefore Mr Edwards
ask this court to Grant his motion
For sentence Reduction

while incarcerated Mr Edward has continued
To program and work toward A Positive
Future see. attach certificates Mr Edwards
is A dedicated Father to his 10yr old son
Dayton James W. Edwards whom he stays
in regular contact with. Mr Edwards is Devoted

Page 8   TO Change to Live A better LiFe So he Can be the positive Roll model, Male inFluence and man to raise his son. Mr Edwards Also has One living parent after losing his biological mother to Cancer July 17. 2006 while incarcerated and his Father IN 2010 December 3 to A hart attack while incarcerated. He remains in contact with his 75yr old step mom and Fathers widow Mrs. Barbara Edwards whom raised him since age 2 and has been A second mother in his liFe. Mr Edwards is hoping TO be able to spend any years he has leFt with his Step Mom as she is dealing With underlying illnesses having A kidney perform at 34% also diabetes, virtigo, and A stroke in 2018 Mr Edwards maintains Contact with his Mom Everyday. Via Email and gets worried halF to death iF he doesn't hear From here Mr. Edwards will live with step mom iF Sentence Reduction is Granted in the house he grew up iN. IN suburbian Maryland 6810 Southfield Rd Ft Washington MD 20744

Page 9

Mr. Edwards will have A ride Pick him up From FCI Berlin his younger brother wesley Stanley, Mr. Edwards has taken the initiative and ordered A Birth Certificate and also has social security card in his inmate File to Carry home upon his release to make getting employeement A little easier when release. Mr. Edwards Also has A business Plan to start JKP LLC... A small business Name after himself son and Nephew his First Entity will be A Cleaning service where he can bid For contracts with Government and Private own Businesses to Clean. Mr Edwards has Giving A Certain limit oF Power to his younger brother to open bank account For him So he can start saving money and Building Credit which he has been studying during his incarceration. Although mr, Edwards has A disciplinary history of about 8 sanctions over his 11yrs in the Bop Judges around the country have Granted Compassionate release in cases in which defendants had Numerous and Serious infractions and Far More time to

# FCI BERLIN

# INMATE BULLETIN

### INSTITUTION COVID UPDATE

Currently, there is one active staff case and one active inmate case of COVID-19 at FCI Berlin. Contact tracing to identify close contacts to the active cases of COVID-19 has been completed and appropriate action taken. This is a reminder that the virus remains an active threat to the health and safety of everyone at FCI Berlin.

We must tighten our compliance with our infection control plan at FCI Berlin to prevent additional infections.  Wear your mask at all times when out of your cell.  The mask must cover your mouth and nose. As a reminder, you are required to eat and drink in your cell to avoid removing your mask in common areas or shared spaces.  Wash your hands often. Maintain social distancing. Disinfect phones and TRULINCS keyboards before using. Maintain a high level of sanitation and order in your cells. Your compliance is necessary to avoid an outbreak and lockdown. Your cooperation is expected and appreciated.

Information regarding the next round of COVID-19 vaccine is pending. When offered, the vaccine will be voluntary. Updates will be provided as new information becomes available.

_____//s//_____          _____February 25, 2021_____

Robert Hazlewood, Warden                    Date

The BOP FCI Berlin Refuse to Put out
A memo of the current out break in
This facility of 97 inmates April 9, 2021
As they did for this one case back
in Feb 25, 2021 There has been continues
out breaks from transfers and visitors coming
into the institution.

# CERTIFICATE OF COMPLETION

AWARDED TO

## JAMES EDWARDS

FOR

SUCCESSFULLY COMPLETING THE CHALLENGE PROGRAM

AT

UNITED STATES PENITENTIARY MCCREARY

SEPTEMBER 17, 2015

M. Anderson, Treatment Specialist

K. Smith, Treatment Specialist

L. Howard, Treatment Specialist

J. Booker, Ed. D., Treatment Specialist

# Certificate of Achievement

Awarded to

## James Edwards

For the Successful Completion of "Administrative Assistant"

Marketable Vocational Program

**128 VT Credits Earned**

Windows 7 · PC Security Fundamen ts · Microsoft Outlook · Microsoft Word · Microsoft Excel · Microsoft PowerPoint · Microsoft Publisher · Internet Explorer 8 · Keyboarding

_____
Instructor

_____
June 3, 2019
Date of Completion



# Certificate of Achievement



Awarded to

## James Edwards

For the Successful Completion of "Introduction to Computer Applications"
Vocational Exploratory Program

**95 VT Credits Earned**

PC Security Fundamentals · Microsoft Outlook · Microsoft Word · Microsoft Excel · Microsoft PowerPoint ·
Keyboarding

_____
Instructor

_____
April 11, 2019
Date of Completion

**Federal Bureau of Prisons**
*Federal Correctional Institution - Berlin*

# Certificate of Completion

is hereby granted to

## James Edwards

31043-007

to certify successful completion of the

## Non-Residential Drug Abuse Program

December 26, 2019



M. Morin, Drug Treatment Specialist

# FCI BERLIN
## Education Department

Certificate of Appreciation
Presented to

### James Edwards

Thank you for your participation in our annual
**Mock Job Fair**

At FCI Berlin

This certificate is hereby issued this 27th day of June 2019.

R. Corriveau Supervisor of Education

M. Hammill, Mock Job Fair Coordinator

# Certificate of Completion

THIS CERTIFICATE IS AWARDED TO

*James Edwards*

For the Successful Completion of

# Resume & Interview Skills

SIGNATURE

June 14, 2019

DATE

# Certificate of Achievement

This certifies that

## James Edwards

has satisfactorily completed
Introduction to Public Speaking.

Consisting of _____ 10 _____ Hours of Training

This certificate is hereby issued this _____ 7th _____ day of _____ May _____, 20 _____ 19



*M. Warner*
ACE Coordinator

# Certificate of Achievement

This certifies that

James Edwards

has satisfactorily completed

## Inside Out Dad Parenting

Consisting of 24 Hours of Training
in the Education/ReEntry Program.

This certificate is hereby issued this 7th day of July 2016.

Instructor

FCI McKean Education Department

Supervisor of Education

# Certificate of Achievement

This certifies that

James Edwards

has satisfactorily completed

## Real Estate

Consisting of 32 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 6th day of January, 2017.

_C. Vinelli_

C. Vinelli
A.C.E. Coordinator

_Instructor_

FCI McKean Education Department



# Certificate of Completion

## James Edwards

**HAS SUCCESSFULLY COMPLETED THE**

**FOLLOWING ACE COURSE**

Personal Success

at U.S.P. McCreary on the 4 TH

Day of *JUNE* in the year 2015

B. Grubb

J. Bolar SOE



# Certificate of Completion

This certifies that

## James Edwards 37082-007

successfully completed the

## Drug Education Course

at USP Big Sandy

October, 2011

M Salyer
Drug Treatment Specialist

# STOP THE VIOLENCE

## THIS IS TO CERTIFY THAT

### JAMES EDWARDS

HAS COMPLETED 24 HOURS OF
ORIENTATION PHASES 1, 2, 3, AND 4
OF THE STOP THE VIOLENCE PROGRAM
CLASS #12

April 26, 2012





# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## PATH & JOURNEY

ON THIS 13TH DAY OF DECEMBER IN THE YEAR 2020

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## NUTRITION 1 INTRUCTOR

ON THIS 26TH DAY OF NOVEMBER IN THE YEAR 2019

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## NUTRITION 2 INSTRUCTOR

ON THIS 04TH DAY OF FEBRUARY IN THE YEAR 2020

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
SCP BERLIN RECREATION DEPARTMENT'S

## DIABETES INSTRUCTOR

ON THIS 03RD DAY OF FEBRUARY IN THE YEAR 2020

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE)

# CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## ANATOMY & PHYSIOLOGY INSTRUCTOR

ON THIS 26TH DAY OF NOVEMBER IN THE YEAR 2019

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE)

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENT'S

## LANDSCAPING OIL PAINTING

ON THIS 7TH DAY OF MARCH IN THE YEAR 2019

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )



# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## BEGINNER COLOR THEORY

ON THIS 26TH DAY OF FEBRUARY IN THE YEAR 2019

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
OR DESIGNEE



# Certificate of Achievement

Awarded

## EDWARDS 31043-007

For Successfully Completing

The

## ART 1 CLASS

USP McCreary, Pine Knot, KY

This 1st day of April 2015

R.Piercy
HobbyCraft Supervisor



# Certificate of Achievement

*Awarded to*

## Edwards 31043-007

*For Successfully Completing*

*Leather I*

USP McCreary, Pine Knot, KY

This 15th day of March 2014

J. Harris

HobbyCraft Supervisor