*Let this be filed.

John D. Bates   Digitally signed by John D. Bates
                Date: 2021.06.22 09:27:13 -04'00'

John D. Bates
U.S. District Judge*

James W. Edwards

V.

United States

Crimi NO. 03-CR-234(JDB)

United States District Court
For the District of Columbia

3582 CC)(1)(A)(i) Modified Brief Reduce sentence

Page 1

Mr. Edwards Respectfully submits this motion Before
this court citing that his due Process rights were
violated. Mr. Edwards Filed A Motion For compassionate
Release under 18 U.S.C § 3582 (C)(1)(A) on August 20,2020
In which this court gave the government one week to
respond on August 24, 2020 By August 31, 2020 deadline.
On August 25, 2020 Assistant United States Attorney
James Sweeney was assigned to this case, During which
time he Filed For extension to respond to defendant
Edwards Pro Se motion. Citing he Just returned From
two weeks leave and had several other compassionate
Release Motions to respond to with short turnaround.
This court Granted the government motion For an
extension oF approxiately one week by September
8, 2020, The government response was mailed to
the defendant by september 7,2020 during which
time the defendant sent A swift rebuttal that
day. Mr. Edwards Argues that an oFFicial Judge
decision was Not sent to him granting or denying
Pro Se Motion For Compassionate Release which violated
his due Process rights to appeal the Judges
decision. Mr Edwards Further argues aFter waiting
during A deadly Pandemic For the Judges decision
in this matter, he asked his case manager.

Page 2    Ms. Lacey of FCI Berlin Unit B1 team, To look on Judge John D Bates website For any updates to his Pro se motion Only to Find out that his Pro se Motion was denied September 12, 2020 Four days after the government reply but an official copy of the Judge Order in this matter was Not mailed to the defendant Blocking his chance to appeal. Mr. Edwards Now ask that his Motion For sentence Reduction be Granted Citing that the government improperly used his Criminal History to deny his Pro se motion when his Criminal history was already reflected on at his sentence in both Superior court case and district Court Violation See United states V. Arroyo 468 F. Supp. 3d 785, 792. Mr. Edwards Contest that he's A danger to the Community his criminal past being reflected on at sentencing. yet today the Covid-19 Pandemic presents a new risk of harm that acutely impacts the defendant More similarly 18 USC 3582 (c)(1)(A)(i) exist to permit the court to reconsider its sentencing decision in extraordinary and Compelling Circumstances such as these.

Page 3  Black Law Dictionary defines Extraordinary as Beyond what is usual, Customary, regular or common. Extraordinary, Black's law dictionary 730 (11th Ed. 2019) Its definition of compelling Need, Black's law Dictionary 352 (11th Ed. 2019) The Present Global Pandemic is A quint-Essential Extraordinary Circumstance beyond what most Americans have Experienced in their Lifetime, and the grave risk to Mr. Edwards from Continued incarceration Provides A compelling reason For his immediate Release. Defendant Edwards has A history of lung Damage, Also A BMI over 30, At 31.7 Being Obese and unhealthy Mr. Edwards Also is Pleading to the court For sentence reduction due to other serious health issues loss of vision being diagnosed with kerata Conus in 2014 while in the Bureau Custody over the past 7yrs his condition has worsten. Mr Edwards is Now legally Blind and going through A series of surgeries on eyes and hospital trips outside of Institution. In Fact From Feb 8, 2021 until April Mr. Edwards has had Preventive surgery on right eye and over

Page 4   4 outside doctor visits to Concord eye
Center 2 Pillsbury Street, Suite 100 Concord,
NH, 03301 Where Mr Edwards has had
Surgery done on right eye Cornea
Cross linking to try to prevent Complete
vision loss and still has to undergo left
eye surgery having the same Procedure
done which will require multiple
hospital visits during this deadly
Pandemic to try to prevent what
has already happened by cross linking
which is not the best medical care
that Mr. Edwards should be recieving
Being Categorized as legally Blind Mr
Edwards ask that the Corrective Surgery
be done to his vision which will require
That his corneas be replace, meaning
he would require the corneas from a
Cadavor and to undergo a surgery
of that magnitude Mr. Edwards Should
be home to seek the best medical care
he can Find, Covid-19 and the serious
risk to Mr Edwards health warrants
a reduce sentence here the overriding
Factor Under § 3553(a) that was not

Page 5

Present at the time of sentence is The Covid-19 Pandemic and the serious risk it presents to Mr. Edwards health and safety. Currently at FCI Berlin The recent Surge of Covid cases raises those risk 97 inmates out of A Population of Just over 500 inmates at FCI Berlin tested Positive For the Corona virus On April 8, 2021 Sending the institution into lock down status 24 hrs A day. The purpose of punishment does not warrant A sentence that includes exposure to A life threating illness in Fact the Eighth Amendments prohibition on Cruel an unusual punishment includes Unreasonable exposure to dangerous Conditions in Custody. Helling V. McKinney; 509 U.S. 25, 28 (1993); see also Wallis V. Baldwin, 70 F.3d. 1074 (9th Cir. 1995) (applying Helling to exposure to asbestos); Brown V. Mitchell, 227 F. Supp 2d. 615, 650 (E.D. VA July 28, 2004) applying Helling to Contagious diseases caused by over crowding conditions The Eighth Amendment also guarantees inmates

Page 6   IN Bop Custody the right to adequate medical care For serious medical need. See Farmer V. Brennan, 51 U.S. 825, 832 (1994), Estelle V Gamble, 429 U.S. 97, 103-05 (1976) on court recently invoked Eighth Amendment IN granting motion For Compassionate Release Noting that A reduction of defendant sentence will enable him to seek, From doctors and hospitals of his choice, what may be better medical care than the BoP is obligated or able to provide, particularly giving the very real threat that Covid-19 poses in the institutional Environment United States V. Williams no. 3:04-CR-95-MCR-CJK 2020 WL 1751545 (N.D. Fla. April 2020) Mr Edwards after taking the talk to your doctor first step Act class and going to an outside Doctor and asking about the best options For his condition do not feel he is recieving the best treatment For his Condition. Preventive Surgery can not improve or correct Mr Edwards vision It is A mere attempt to stop complete sight loss but not guranteed.

page 7

Mr Edwards being legally Blind do not Feel that the Doctor provided by the Bureau is operating in his best intrest Mr. Edwards has asked Doctor richardson on Every doctor visit about Doing the corrective surgery but Feels the Doctor's cockiness instead of comfort in having A Conversation with your Doctor to explain what is going on with your body and Feels that Doctor richardson is Operating in the contines of what the Bureau is willing to pay For. There For not effording Mr Edwards the Best treatment For his condition Which is the Corrective Procedure Cornea replacement therefore Mr Edwards ask this court to Grant his motion For sentence Reduction

While incarcerated Mr Edward has continued To program and work toward A Positive Future see. attach certificates Mr Edwards is A dedicated Father to his 10 yr old son Payton James W. Edwards whom he stays in regular Contact with. Mr Edwards is Devoted

Page 8   TO Change to Live A better LiFe So he Can be the positive Roll model, Male inFluence and Man to raise his son. Mr Edwards Also has One living parent aFter losing his biological mother to Cancer July 17. 2006 while incarcerated and his Father IN 2010 December 3 to A hart attack while incarcerated. He remains IN contact with his 75yr old step mom and Fathers widow Mrs. Barbara Edwards whom raised him since Age 2 and has been A second mother in his liFe. Mr Edwards is hoping TO be able to spend any years he has leFt with his step Mom as she is dealing with underlying illnesses having A kidney perform at 34% also diabetes, virtigo, and A stroke in 2018 Mr Edwards maintains Contact with his Mom Everyday. ViA Email and gets worried halF to death iF he doesn't hear From here Mr. Edwards will live with step Mom iF sentence Reduction is Granted in the house he grew up iN. IN suburbian Maryland 6810 southField Rd Ft washington MD 20744

Page 9

Mr. Edwards will have A ride Pick him up from FCI Berlin his younger brother wesley stanley, Mr. Edwards has taken the initiative and ordered A Birth Certificate and also has social security card in his inmate File to carry home upon his release to make getting employeement A little easier when release. Mr. Edwards Also has A business Plan to start JKP LLC... A small business Name after himself son and Nephew his First Entity will be A Cleaning service where he can bid For contracts with Government and Private own Businesses to Clean. Mr. Edwards has Giving A Certain limit of Power to his younger brother to open bank account For him So he can start saving money and Building credit which he has been studying during his incarceration. Although mr. Edwards has A disciplinary history of about 8 sanctions over his 11yrs in the Bop Judges around the country have Granted Compassionate release in cases in which defendants had Numerous and Serious Infractions and Far More time to

Page 10    Serve because of the seriousness of this Covid 19 virus and the New CDC Guidelines For Compassion set by the CDC see e.g. (United States v. Bernard, No. 3:97-CR-48 (RNC), 2020 WL 4462878 (D. Conn, Aug 4, 2020) (Chatigny J.) Granting Motion For Compassionate Release and Reducing 405-months sentence to time served after 276 months, where defendant had accumulated 15 disciplinary infractions For threatening bodily harm, using Drugs possessing unauthorized items, refusing orders, refusing work, and destroying property (ECF No. 1780 at 8) and orderd the hit of a government informant after his federal arrest" (id, at 1); united states v. Panton, No. 89-CR-346 (LAP), 2020 WL 4505415 at *7, *10 (S; D.N.Y. Aug 4 2020) (Preska, J.) (Granting Motion For Com-passionate Release and reducing Life sentence to time served where defendant had. incurred six disciplinary infractions, United States v. Lockhart, No 11-CR-231 (SJ), 2020 WL 4333010 (E.D.N.Y. July 29, 2020) (Johnson J) Granting Motion For Compassionate Release and reducing 120-month

Page 11    Sentence to time served where defendant originally convicted of Possession of Child Pornography and with 15 months left to serve, had incurred seven disciplinary infractions, mostly for Possession of Pornography (see ECF No. 65-2) Order on motion for Reduction of Sentence under 18 U.S.C § 3582 (C)(1)(A) (Compassionate Release) United States V. Santos, No. 3:12-CR-104-JCH, ECF No. 2879 (D. Conn, July 1, 2020) (Hall, J.) (Granting Motion for Compassionate Release and Reducing 120 month sentence to time served after approxi(te)mately 88 months ; where few months Prior, in February 2020, The defendant had incurred a disciplinary infraction for interfering with staff in Performance of Duties, most likely making sexual Proposals or threats to another and had been expelled from RDAP and for ongoing pattern of Breaking RDAP and Institutional rules (ECF No. 2874-1 at 7-8 order Motion on for reduction in Sentence Under 18 U.S.C § 3582 (C)(1)(A)

Page 12   Compassionate Release ) united states V.
Hammond No. 3:03-CR-331(JCH) (ECF
No. 149 ( D. Conn, June 9 2020) (Hall J.)
Granting motion For compassionate release
and reducing 120-months sentence to
time serve after less than 90 months
where the defendant had incurred A
disciplinary infraction possession OF A
dangerous weapon, A metal prison made
weapon approximately 7 inches in length
and sharpen to A point (ECF No. 145 at
-1 at 4; see, also photograph OF same, id
at 6 ); united states V. Haynes __ F. Supp. 3d.
__, 2020 WL 1941478, at *8, *18 E.D.N.Y. Apr. 22,
2020) Dearie, J. ) Granting motion For
Compassionate release and reducing 46.5 years
sentence to time served after less than
27 years, where defendant had incurred
5 disciplinary infractions ) Mr. Edwards
infractions Do not support the conclusion
of the Government that he is A Danger to
the community. Mr. Edwards specific inquiry
of United States V. Arroyo leads the court
to see that the defendant sentence should
be reduced. See... 468 F. Supp. 3d 793

### Conclusion

Page 13

The defendant is especially vunerable to severe illness or death from Covid-19 due to his medical Conditions BMI over 30 Alone meets the statue of Extraordinary and compelling reasons to Grant Mr Edwards Motion For Compassionate Release and the 3553(G) Factors Further support, Mr. Edwards Is Just at 11yrs served on A 196 month Aggregated sentence. With A manditory release date in Dec. 2024. and with A year halfway house his release would move to early Nov. 2023 If Compassion of Reduction of sentence is Granted by this Court Mr. Edwards time For Superior court court has already been Satisfied as sufficent of 85% under 3553(G) at this point purpose of sentence are best served by allowing Mr. Edwards to Transition to supervised release and began reintegration into the community at Age 39 Turning 40 in August of 2021 Mr Edwards has A chance to start A New life on A Positive Path. For the foregoing reasons the defendant respectfully request that the court Grant A reduction in his sentence to time served. Thank you

# FCI BERLIN

# INMATE BULLETIN

### INSTITUTION COVID UPDATE

Currently, there is one active staff case and one active inmate case of COVID-19 at FCI Berlin. Contact tracing to identify close contacts to the active cases of COVID-19 has been completed and appropriate action taken. This is a reminder that the virus remains an active threat to the health and safety of everyone at FCI Berlin.

We must tighten our compliance with our infection control plan at FCI Berlin to prevent additional infections.  Wear your mask at all times when out of your cell.  The mask must cover your mouth and nose. As a reminder, you are required to eat and drink in your cell to avoid removing your mask in common areas or shared spaces.  Wash your hands often. Maintain social distancing. Disinfect phones and TRULINCS keyboards before using. Maintain a high level of sanitation and order in your cells. Your compliance is necessary to avoid an outbreak and lockdown. Your cooperation is expected and appreciated.

Information regarding the next round of COVID-19 vaccine is pending. When offered, the vaccine will be voluntary. Updates will be provided as new information becomes available.

_____//s//_____          _____February 25, 2021_____

Robert Hazlewood, Warden                          Date

The BOP FCI Berlin Refuse to Put out a memo of the current outbreak in this facility of 97 inmates April 9, 2021 as they did for this one case back in Feb 25, 2021 There has been continues out breaks from transfers and visitors coming into the institution.



**Individualized Needs Plan - Program Review   (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EDWARDS, JAMES W  31043-007

SEQUENCE: 01080522
Team Date: 01-14-2021

| | |
|---|---|
| Facility: | BER BERLIN FCI |
| Name: | EDWARDS, JAMES W |
| Register No.: | **31043-007** |
| Age: | 39 |
| Date of Birth: | 08-11-1981 |

| | |
|---|---|
| Proj. Rel. Date: | 12-04-2024 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | PEM01593 / 04-30-2009 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BER | B1 TMP ORD | B1 TEMPORARY ORDERLY | 01-13-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BER | ESL HAS | ENGLISH PROFICIENT | 01-24-2003 |
| BER | GED EARNED | GED EARNED IN BOP | 08-14-2007 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BER | | RECREATION ASSISTANT | 08-14-2020 | CURRENT |
| BER | C | TALKING WITH YOUR DOCTOR | 10-25-2020 | 11-01-2020 |
| BER | C | PATH/JOURNEY TO RESPONSIBILITY | 10-04-2020 | 12-19-2020 |
| BER | C | ACE-SOCIAL STUDIES CIVIL WAR | 05-27-2020 | 07-07-2020 |
| BER | C | HEALTH FAIR (RPP 1) | 07-08-2019 | 07-08-2019 |
| BER | C | MOCK JOBFAIR INTERVIEW (RPP 2) | 06-27-2019 | 06-27-2019 |
| BER | C | MOCK JOBFAIR INFORMATION RPP2 | 06-27-2019 | 06-27-2019 |
| BER | C | VT COMPUTER | 04-22-2019 | 06-03-2019 |
| BER | C | RESUME WRIT. INTV.SKLL (RPP 2) | 04-26-2019 | 05-01-2019 |
| BER | C | PUBLIC SPEAKING | 03-13-2019 | 05-01-2019 |
| BER | C | EXPLORATORY VT COMPUTERS | 03-11-2019 | 04-11-2019 |
| BER | C | OIL PAINTING | 01-09-2019 | 03-11-2019 |
| BER | C | BEGINNING COLOR THEORY | 01-02-2019 | 02-28-2019 |
| BER | C | HEALTH FAIR (RPP 1) | 06-05-2018 | 06-16-2018 |
| MCK | W | 0800 NCCER CORE CERTIFICATION | 09-14-2017 | 01-04-2018 |
| MCK | C | ACE-REAL ESTATE (INTRO) | 10-11-2016 | 01-06-2017 |
| MCK | C | RPP6 INSIDE OUT DAD M,W 8-10AM | 05-31-2016 | 07-07-2016 |
| MCK | C | RPP (6) PERSONALITY ASSESSMENT | 01-28-2016 | 01-28-2016 |
| MCR CHG | C | ACE PERSONAL SUCCESS MON 6-8PM | 03-26-2015 | 06-03-2015 |
| MCR CHG | C | BASIC ART M-F 5-7P | 02-24-2015 | 04-15-2015 |
| MCR | C | BEGINNING LEATHER M-F 5-7 PM | 01-13-2014 | 03-12-2014 |
| BEN | C | TPC ELECTRICAL VT M-F 8-9AM | 02-07-2013 | 07-05-2013 |
| BEN | C | RPP DISP OF PROPERTY(5) | 02-07-2013 | 02-07-2013 |
| BSY | C | STOP THE VIOLENCE;9:00AM | 03-15-2012 | 04-26-2012 |
| PEM | C | PRE-GED 12:30-2:00PM | 03-26-2007 | 08-14-2007 |
| PEM | W | PRE-GED 2:30-3:30PM | 01-23-2007 | 03-26-2007 |
| PEM | W | SNEAD GED 2:30-3:30PM | 02-28-2005 | 01-23-2007 |
| PEM | C | RPP #6 FREE YOUR MIND | 08-31-2004 | 10-12-2004 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 12-17-2020 | 104 : POSSESSING A DANGEROUS WEAPON |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-06-2013 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-13-2011 |



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EDWARDS, JAMES W  31043-007

SEQUENCE: 01080522
Team Date: 01-14-2021

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-14-2017 |
| SOFT SHOES | SOFT SHOES ONLY | 11-12-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-22-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 09-29-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 10-31-2011 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 10-26-2020 |
| NR COMP | NRES DRUG TMT/COMPLETE | 12-26-2019 |

## FRP Details

Most Recent Payment Plan

**FRP Assignment:   COMPLT   FINANC RESP-COMPLETED      Start: 09-12-2017**

| Inmate Decision: | **AGREED** | **$25.00** | Frequency: | **QUARTERLY** |
|---|---|---|---|---|
| Payments past 6 months: | **$0.00** | | Obligation Balance: | **$0.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | COST DC | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | COST DC | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 5 | COST DC | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### Payment Details

| Trust Fund Deposits - Past 6 months:   $ N/A | Payments commensurate ?   N/A |
|---|---|
| New Payment Plan: | ** No data ** |

## Progress since last review

Inmate Edwards was recently found guilty of a disciplinary violation. He has completed 2 classes and is enrolled in a vocational class since his last review. He has not yet opened a pre-release savings account, but currently has an available balance of $519.

## Next Program Review Goals

Inmate Edwards is encouraged to maintain clear conduct and to open a pre-release savings account with $100 of his current funds by 7/2021.

## Long Term Goals

Inmate Edwards is encouraged to complete his current enrollment by 1/2022.

## RRC/HC Placement

No.
Management decision - Will review 17-19 months from release..

## Comments

** No notes entered **

# CERTIFICATE OF COMPLETION

AWARDED TO

## JAMES EDWARDS

FOR

SUCCESSFULLY COMPLETING THE CHALLENGE PROGRAM

AT

UNITED STATES PENITENTIARY MCCREARY

SEPTEMBER 17, 2015

M. Anderson, Treatment Specialist

K. Smith, Treatment Specialist

L. Howard, Treatment Specialist

J. Booker, Ed. D., Treatment Specialist

# Certificate of Achievement

Awarded to

## James Edwards

For the Successful Completion of "Administrative Assistant"

Marketable Vocational Program

**128 VT Credits Earned**

Windows 7 · PC Security Fundaments · Microsoft Outlook · Microsoft Word · Microsoft Excel · Microsoft PowerPoint · Microsoft Publisher · Internet Explorer 8 · Keyboarding



_____
Instructor

_____
June 3, 2019
Date of Completion

# Certificate of Achievement

Awarded to

## James Edwards

For the Successful Completion of "Introduction to Computer Applications"
Vocational Exploratory Program

**95 VT Credits Earned**

PC Security Fundaments · Microsoft Outlook · Microsoft Word · Microsoft Excel · Microsoft PowerPoint ·
Keyboarding



_____
Instructor

_____
April 11, 2019
Date of Completion



**Federal Bureau of Prisons**
*Federal Correctional Institution - Berlin*

# Certificate of Completion



is hereby granted to

## James Edwards

31043-007

to certify successful completion of the

### Non-Residential Drug Abuse Program

December 26, 2019

M. Morin, Drug Treatment Specialist



# FCI BERLIN
## Education Department

Certificate of Appreciation
Presented to

### James Edwards

Thank you for your participation in our annual

## Mock Job Fair

At FCI Berlin

This certificate is hereby issued this 27th day of June 2019.

R. Corriveau Supervisor of Education

M. Hammill, Mock Job Fair Coordinator

# Certificate of Completion

THIS CERTIFICATE IS AWARDED TO

*James Edwards*

For the Successful Completion of

# Resume & Interview Skills

SIGNATURE

June 14, 2019

DATE




# Certificate of Achievement

This certifies that

## James Edwards

has satisfactorily completed
Introduction to Public Speaking

Consisting of ___10___ Hours of Training

This certificate is hereby issued this ___7th___ day of ___May___, 20 ___19___

M. Warner
ACE Coordinator





# Certificate of Achievement

This certifies that

James Edwards

has satisfactorily completed

## Inside Out Dad Parenting

Consisting of 24 Hours of Training
in the Education/ReEntry Program.

This certificate is hereby issued this 7th day of July 2016.

Instructor

FCI McKean Education Department

Supervisor of Education

# Certificate of Achievement

This certifies that

James Edwards

has satisfactorily completed

## Real Estate

Consisting of 32 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 6th day of January, 2017.

_C. Vinelli_
C. Vinelli
A.C.E. Coordinator

FCI McKean Education Department

_Instructor_



# Certificate of Completion

## James Edwards

**HAS SUCCESSFULLY COMPLETED THE**

**FOLLOWING ACE COURSE**

Personal Success

at U.S.P. McCreary on the 4 TH

Day of *JUNE* in the year 2015

B. Grubb

J. Bolar SOE



# Certificate of Completion

This certifies that

## James Edwards 31082-007

successfully completed the

## Drug Education Course

at USP Big Sandy

October, 2011

M Salyer
Drug Treatment Specialist

# STOP THE VIOLENCE

## THIS IS TO CERTIFY THAT

### JAMES EDWARDS

HAS COMPLETED 24 HOURS OF
ORIENTATION PHASES 1, 2, 3, AND 4
OF THE STOP THE VIOLENCE PROGRAM
CLASS #12

April 26, 2012



_____
M. SMITH, MS OT

_____
M. HAMILTON, COUNSELOR

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## PATH & JOURNEY

ON THIS 13TH DAY OF DECEMBER IN THE YEAR 2020

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

## THIS IS TO CERTIFY THAT

### JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENT'S

## NUTRITION 1 INTRUCTOR

ON THIS 26TH DAY OF NOVEMBER IN THE YEAR 2019

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## NUTRITION 2 INSTRUCTOR

ON THIS 04TH DAY OF FEBRUARY IN THE YEAR 2020

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE )

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
SCP BERLIN RECREATION DEPARTMENT'S

## DIABETES INSTRUCTOR

ON THIS 03RD DAY OF FEBRUARY IN THE YEAR 2020

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE)

# CERTIFICATE OF COMPLETION

## THIS IS TO CERTIFY THAT

### JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## ANATOMY & PHYSIOLOGY INSTRUCTOR

ON THIS 26TH DAY OF NOVEMBER IN THE YEAR 2019

_____
B. SOWERS, RECREATION SPECIALIST

_____
T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE)

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENT'S

## LANDSCAPING OIL PAINTING

ON THIS 7TH DAY OF MARCH IN THE YEAR 2019

B. SOWERS, RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
(OR DESIGNEE)

# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

## JAMES EDWARDS

HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR
FCI BERLIN RECREATION DEPARTMENTS

## BEGINNER COLOR THEORY

ON THIS 26TH DAY OF FEBRUARY IN THE YEAR 2019

B. SOWERS RECREATION SPECIALIST

T. WHITE, SUPERVISOR OF RECREATION
OR DESIGNEE





# Certificate of Achievement

Awarded

## EDWARDS 31043-007

For Successfully Completing

The

## ART 1 CLASS

USP McCreary, Pine Knot, KY

This 1st day of April 2015

R. Piercy
HobbyCraft Supervisor



# Certificate of Achievement

Awarded to

## Edwards 31043-007

*For Successfully Completing*

Leather I

USP McCreary, Pine Knot, KY

This 15th day of March 2014



J. Harris

HobbyCraft Supervisor