James W. Edwards
V.S.
United States of America

United States District Court
District of Columbia

Case No. 03-CR-234
Judge John D. Bates

18 U.S.C. 3582 (c)(1)(A) Motion
Compassionate Release

"Let this be filed.

_____  Date
John D. Bates
U.S. District Judge"

RECEIVED Mail Room FEB - 2 2022 Angela D. Caesar, Clerk of Court U.S. District Court District of Columbia

Now comes James W. Edwards seeking compassionate Release to Home confinement or his supervised Release. Due to the ever present threat of Covid-19 it's constant mutations and variants Delta and Omicron which is a serious threat to the safety & health of Mr Edwards Due to his underlying health conditions. Mr Edwards has Past history of lung failure in which his lung collapse from a motor vehicle accident Also Mr Edwards suffers from one of Americas Greatest health challenge Obesity having a BMI of 32.2 well over the CDC Advisory chart of 30, Mr Edwards falls well over the base at a staggering 32.2 which exceed the requiring factors of extraordinary and compelling risk factor along with the FBOP being in the red as a whole with Covid cases. Mr Edwards recently went through seeing a inmate, Friend, Fellow Native from his city Washington D.C. whom he has know over 10 yrs and talk to every day Pass away in Mr Edwards very same housing unit. As medical staff at the institution denied him medical attention for 2 weeks and on Christmas night

When he passed away No medical staff was on hand officers Gave him ineffective CPR and Dropped his Body 3 times on a strecher. These things were all Tramatizing for Mr Edwards to witness The staff here at FCI Beckley are not Prepared to deal with an inmate if he becomes seriously ill there are no defibulators in each housing unit Nor strechers to give quick medical assistance to an ill person or carry them to an area where they can recieve the proper treatment. Also with the First step Act Activated for Inmates to recieve Good time for Programming Release is more Favarable For Mr. Edwards Than what the Government has been Previously willing to accept. With the First step Act credits being made Retroactive Going back to December of 2018 Mr Edwards has multiple Programs that would negate his high risk recidivism and let him earn 10 credits or 10 days for every 30 days of Programming including 2 FSA Classes Talk to your Doctors and mens Health Along with vocation Trainning Classes in computer software with an apprenticeship that Mr Edwards has about 2500 hrs complete on a 4500 hr course

Due to Mr Edwards being A Superior Court Inmate As well As A Federal Court Inmate, staff at FCI Beckley are confused as to how to apply the FSA Credits and Mr Edwards Eligibility under his Federal sentence of 26 months. As the (FSA) Does not apply to superior court inmates the Consecutive 26 month Federal sentence which is NON violent should fit the criteria making Mr Edwards eligible to recieve those credits. The old way of sentencing computation and time aggregation has case managers and CMC confused on how to compute the defendants time. Mr Edwards has continued his Program Efforts since transfering to FCI Beckley he has completed Another vocational Training course earning his Fork lift Motor Operator Certificate or License For Counter balance. Forklift Class 1, 4, 5 where he has actually had hands on operating of the machinery in an industrial safe enviorment this license would almost Guarantee Mr Edwards A Job upon release. Also Mr. Edwards has been networking and using resources to try to gain employment upon release.

and has A Job promise From A manager at Chick Filet iN Prince Georgeus County MD off Silver Hill Rd MANAGer Shaliece Woods Phone # 202 560-4249, Prince Georgeus County Maryland Also being the Area Mr Edwards would Reside IF Released with his elderly step mother Mrs Barbara Edwards whom has A kidney perForming At 34% Mrs Edwards is the widower OF Mr Edwards, late Father James W Edwards Sr. His step mother has been iN his liFe since the Age oF 2 years old and now is Grandmother to mr Edwards Only Child Payton James wesley Edwards whom she shares A Adoring bond with and Once taking on Full care of Mr Edwards son Payton at 1 yrs old until he was 3 because his mom couldn't care For him Properly Now at the Age 11 and his step mom soon to be 77 years oF Age Mr Edwards is pleading with the court For compassionate Release to reinsert himself iN his son's life and help care For his aging Mother. Mr Edwards Also has the support oF his maternal brother wesley stanley whom has Never been iN trouble with the law and would Pick Mr Edwards up iF Release and drive him to his

custody of the Federal Bureau of Prisons since being Diagnosed with a serious eye condition, Karata Cornus and recently has had a surgical Procedure done on his right eye which did not help improve his vision, Mr Edwards refused any Further surgery to his left eye unless the BOP Provides the corrective surgery which would be cornea replacement procedure Mr. Edwards was First Diagnosed with his Condition in 2015 in McCreary United States Penitentiary the FBOP Waited six years to Provide any kind of treatment to prevent what has happen to Mr. Edwards which is becoming legally blind. Mr Edwards has been Fitted For his prescription of hard contact lenses at his request which the FBOP has Dragged it's Feet about providing to Mr. Edwards Do to his recent Transfer to FCI Beckley in West Virginia, From FCI Berlin in New Hampshire, The special lenses where to be Forwarded From FCI Berlin to FCI Beckley, so the Patient would have them upon his arrival to the new Institution [Prescription] After spending two months in transit at MDC Brooklyn New york, Than quarantining an additional 21 days upon entering FCI Beckley institution. Mr. Edwards Prescription lenses

still has not been Provided to him, Leaving him walking around in A Blind state without an inmate escort especially at night. Mr Edwards has been at FCI Beckley for two months now has made several complaints to medical through the proper channels, sick call, electronic copouts after being advise to do so by the head of medical Mrs. Fox at mainline but never recieving A response upon A follow up with Mrs. Fox at mainline she gave me a verbal solution that she think the last institution should not have transfered Mr Edwards but instead put A Medical hold on him and that it was No telling when I would be seen to get my prescription lenses. Mr Edwards Feel he can obtain better medical treatment for himself if Release than what the FBOP is willing to Provide, Also Mr Edwards Feels he's at risk to catch Covid-19 at FCI Beckley and Fears the deadly complications of contracting the virus he could suffer if that were to occur do to his underlying condition & extraordinary risk factors, obesity and lung damage. Seeing that the institution staff at FCI Beckley don't follow CDC Guidelines, Beside An initial Quarantine of inmates entering the institution and

640 inmates of the institutions 1472 inmates. No other proceedures are being made. A look at the prison cameras on any giving day will show that no staff members at FCI Beckley wears a mask. One of the most noteable methods of protection from Covid-19 according to the CDC, Including the institutions Top administrators. In Fact I've heard the younger officers at FCI Beckley reffer to mask as chin diapers making a mockery of the severness of the Global pandemic we are in as a Nation and a mockery of over the 1 million lives loss to the pandemic worldwide. Over more than half that number right here in our Nation. This is not an indictment on FCI Beckley institution but a show of concern for Mr Edwards and his health and wellness. Therefore Mr. Edwards is requesting to be released to home confinement to his home address at 6810 Southfield Rd Ft. Washington Maryland, where Mr Edwards will reside zip code 20744 with his elderly step mother in the home he grew up in as a youth in suburbian Maryland with Mrs Barbara Edwards Phone # 301 894-3856. If released Mr Edwards Paternity Brother Wesley Stanley would

Drive to pick him up From FCI Beckley. His Brother whom Has never been in Trouble with the law, is married with 5 children and also Familiar with the area and roads in West Virginia being A Former Football player and attending college at the University of West Virginia and is A Former Mountaineer. Mr Stanley address is 918 drum st District Heights MD 20746 and his phone # is 202 489-7143 would safely Transport Mr Edwards To his residence in Ft. Washington MD where Mr Edwards would effectively serve his home confinement. Mr. Edwards Has served over 11yrs and 6 months on A 14 yr superior court sentence and is well over the 85% mark of the time he has to serve on that sentence. If not For A 26 month Federal Supervision violation which is non violent Mr. Edwards would have been released on A mandatory release by Now or to A Halfway house for 2 to 3 months at this point in his sentence. While Mr Edwards recognizes all Charges are serious he Feels he is actively ready For society and has made the necessary connections in his desire to make his transition into

Custody of the Federal Bureau of Prisons since being Diagnosed with A serious eye condition, Karata Cornus. and recently has had A surgical Procedure done on his right eye which did not help improve his vision, Mr Edwards refused any Further surgery to his left eye unless the BOP Provides the corrective surgery which would be cornea replacement procedure Mr. Edwards was First Diagnosed with his condition in 2015 in Mccreary United States Penitentary the FBOP Waited six years to Provide any kind of treatment to prevent what has happen to Mr. Edwards which is becoming legally blind. Mr Edwards has been Fitted For his prescription of hard contact lenses at his request which the FBOP has Dragged it's Feet about providing to Mr. Edwards Do to his recent Transfer to FCI Beckley in West Virginia, From FCI Berlin in New Hampshire, The special lenses where to be Forwarded From FCI Berlin to FCI Beckley, so the Patient would have them upon his arrival to the New Institution [Prescription] After spending two months in transit at MDC Brooklyn New York, Than quarantining an additional 21 days upon entering FCI Beckley institution. Mr. Edwards Prescription lenses

still has not been Provided to him, leaving him walking around in A Blind state without an inmate escort especially at night. Mr Edwards has been at FCI Beckley for two months now has made several complaints to medical through the proper channels, sick call, electronic copouts after being advise to do so by the head of medical Mrs. Fox at mainline but never recieving A response upon A follow up with Mrs. Fox at mainline she gave me a verbal solution that she think the past institution should not have transfered Mr Edwards but instead put A Medical hold on him and that it was no telling when I would be seen to get my prescription lenses. Mr Edwards Feel he can obtain better medical treatment for himself if Release than what the FBOP is willing to Provide, Also Mr Edwards Feels he's at risk to catch Covid-19 at FCI Beckley and Fears the deadly complications of contracting the virus he could suffer if that were to occur do to his underlying condition & extraordinary risk factors, obesity and lung damage, seeing that the Institution staff at FCI Beckley don't follow CDC Guidelines, Beside An initial Quarantine of inmates entering the institution and

640 inmates of the institutions 1472 inmates No other proceedures are being made. A look at the prison camera's on any giving day will show that No staff members at FCI Beckley wears a mask one of the most noteable methods of Protection from Covid-19 according to the CDC, Including the institutions Top administrators IN Fact I've heard the younger officers at FCI Beckley reffer to mask as chin diapers making a mockery of the severness of the Global pandemic we are in as a Nation and a mockery of over the 1million lives loss to the pandemic worldwide. Over more than half that number right here in our Nation. This is not an indictment on FCI Beckley institution but a show of concern for Mr Edwards and his health and wellness. Therefore Mr. Edwards is requesting to be released to home confinement to his home address at 6810 Southfield Rd Ft. Washington Maryland, where Mr Edwards will reside zip code 20744 with his Elderly step Mother in the home he grew up in as a youth in suburbian Maryland with Mrs Barbara Edwards Phone # 301 894-3856. If released Mr Edwards Paternity Brother Wesley Stanley would

Drive to pick him up from FCI Beckley. His brother whom has never been in trouble with the law, is married with 5 children and also familiar with the area and roads in West Virginia being a former football player and attending college at the University of West Virginia and is a former Mountaineer. Mr. Stanley address is 918 Drum St District Heights MD 20746 and his phone # is 202-489-7143 would safely transport Mr. Edwards to his residence in Ft. Washington MD where Mr. Edwards would effectively serve his home confinement. Mr. Edwards has served over 11yrs and 6 months on a 14 yr superior court sentence and is well over the 85% mark of the time he has to serve on that sentence. If not for a 26 month federal supervision violation which is non violent Mr. Edwards would have been released on a mandatory release by now or to a halfway house for 2 to 3 months at this point in his sentence. While Mr. Edwards recognizes all charges are serious he feels he is actively ready for society and has made the necessary connections in his desire to make his transition into

Society a smooth one. The president of the United States Joe Biden is now releasing Defendants with 4 yrs or less on non-violent charges under the clemency law. Mr Edwards is first coming under the compassionate release vehicle for that very reason seeing he would qualify for clemency. Do to the non violent violation time he is left to serve. Hoping the institution recognize the risk inmate Edwards face with his underlying health conditions by remaining in Federal custody, Although Mr Edwards has recieved the moderna vaccine, It's been well pass six months now & there has been an embarrasing amount of Break through cases and the CDC advises that a booster shot is needed for Adults 65 and older and younger Adults with underlying conditions such as Mr. Edwards Obesity and prior lung damage & scares. Mr Edwards has a Phenomenal Program history & Participation Completion rate while in the BOP and continues to do so in effort to become a respectable law biden citizen that he striving to be he's even went as far to seek employment if release having a Job position offered to him if Granted Compassionate release in the food service

Industry with A position at Chick Filet FastFood Restaraunt to earn a steady cash Flow and to make his transition a successful one back into society IF Granted Home Confinement. Job Source Chick Filet Manager Shaleice Wood Work # 202 560-4249 Mr Edwards is dedicated to change, success, living the american dream becoming a home owner Coming home at Night and being able to have dinner with his son after A days work and his son school day Going over the events of the day with his son and becoming the positive role model and strong male Figure For him. Mr. Edwards is Now 40 years old Far From the 28 year old male when he was arrested. Mr Edwards Ask that this institution Grant his motion An be apart of his success story.

Thank you
Sincerely
James Edwards