# EXHIBIT B

```
 BOP4D  540*23  *         SENTENCE MONITORING          *    02-15-2022
 PAGE 001        *         COMPUTATION DATA             *    13:17:47
                            AS OF 02-15-2022


REGNO..: 31043-007 NAME: EDWARDS, JAMES W


FBI NO...........:  [REDACTED]           DATE OF BIRTH: [REDACTED]   AGE:   40
ARS1.............: BEC/A-DES
UNIT.............: PINE                  QUARTERS.....: P03-311U
DETAINERS........: NO                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-04-2024

THE INMATE IS PROJECTED FOR RELEASE: 12-04-2024 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2010 CF3 007524
JUDGE...........................: KEARY
DATE SENTENCED/PROBATION IMPOSED: 11-15-2010
DATE COMMITTED..................: 05-04-2011
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $00.00         $00.00           $00.00         $300.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  644     DC ROB/THEFT ROBBERY          FSA INELIGIBLE
OFF/CHG: 22-2801;ROBBERY W/ARMED(INOPERABLE GUN), 22-401;ASSAULT W/I
         TO COMMIT ROBBERY, 22-801;BURGLARY 1 W/ARMED (GUN)

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 04-28-2010




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOP4D   540*23  *             SENTENCE  MONITORING           *     02-15-2022
PAGE 002         *             COMPUTATION  DATA              *     13:17:47
                                 AS OF 02-15-2022


REGNO..: 31043-007 NAME: EDWARDS, JAMES W



---------------------CURRENT JUDGMENT/WARRANT NO: 050 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CR 03-234
JUDGE...........................: BATES
DATE SENTENCED/PROBATION IMPOSED: 04-13-2004
DATE SUPERVISION REVOKED........: 03-21-2011
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 05-04-2011
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  384     21:841 SCHIII NON-NARCOTIC
OFF/CHG: T21:841(A)(1) AND 841(B)(1)(C) UNLAWFUL POSSESSION WITH INTENT
         TO DISTRIBUTE PHENCYCLIDINE

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     26 MONTHS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 05-08-2003




G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOP4D  540*23  *           SENTENCE MONITORING           *    02-15-2022
PAGE 003 OF 003 *            COMPUTATION DATA             *     13:17:47
                            AS OF 02-15-2022

REGNO..: 31043-007 NAME: EDWARDS, JAMES W


------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 12-17-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-05-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 040 010, 050 010

DATE COMPUTATION BEGAN..........: 11-15-2010
AGGREGATED SENTENCE PROCEDURE...: PLRA / DC SRAA ADULT AGGREGATE SENTENCE
TOTAL TERM IN EFFECT............:    194 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     16 YEARS      2 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 05-08-2003

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     04-28-2010    11-14-2010

TOTAL PRIOR CREDIT TIME.........: 201
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 570
TOTAL GCT EARNED................: 291
STATUTORY RELEASE DATE PROJECTED: 12-04-2024
ELDERLY OFFENDER TWO THIRDS DATE: 02-05-2021
EXPIRATION FULL TERM DATE.......: 06-27-2026
TIME SERVED.....................:     11 YEARS      9 MONTHS     19 DAYS
PERCENTAGE OF FULL TERM SERVED..:   73.0
PERCENT OF STATUTORY TERM SERVED:   80.8

PROJECTED SATISFACTION DATE.....: 12-04-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 1-16-18 GCT 68D A/EMR.10-1-18: GCT UPDT. A/ELW
                01/07/2020 GCT UPDATED PURSUANT TO FSA A/JRM
                12-17-20: GCT UPDT. A/MLM;




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```