# EXHIBIT C

Inmate James W. Edwards                    To: Warden J. Young
Reg# 31043-057                             Institution, FCI Beckley
AGE 40

Birth Date ███                             Date  10-21-2021

3582 Motion For Compassionate Release
to Home Confinement.

Now Comes Inmate James W. Edwards Requesting
to be granted Compassionate Release to Home
Confinement. Due to the ever present threat of
Covid-19 it's constant mutations and variants
which is A serious threat to the safety &
health of Mr Edwards. Due to his underlying
health Conditions Mr. Edwards Has A past
History of lung Failure in which his lung
Collapse From a Motor vehicle accident, Mr
Edwards also suffered broken ribs & 3rd degree
burns having to have A skin graft done on his
right hamstring. Also Mr. Edwards suffers from
One of America's greatest health Challenges obesity
having a BMI over the CDC Advisory chart
For Extraordinary and Compelling of 30, Mr
Edwards Falls well over the bar at A staggering
32.2 which exceed the requiring Factors of
Extraordinary and compelling risk Factors As
Advised By the CDC. Mr. Edwards Also has been
suffering From A Sleep Apnea and has had his
last two room mates tell him he stops breathing
in his sleep. For 7 to 8 seconds and it scares
them, Mr Edwards Also is suffering from vision Loss
which has Continued to deteriorate while in the—

Custody of the Federal Bureau of Prisons since being Diagnosed with A serious eye condition, Karata Cornus and recently, has had A surgical Procedure done on his right eye which did not help improve his vision, Mr Edwards refused any Further surgery to his left eye unless the Bop Provides the corrective surgery which would be cornea replacement procedure Mr. Edwards was First Diagnosed with his Condition in 2015 in Mccreary United States Penitentary the FBOP Waited six years to Provide any kind of treatment to prevent what has happen to Mr. Edwards which is becoming legally blind. Mr Edwards has been Fitted For his prescription of hard contact lenses at his request which the FBOP has Dragged it's Feet about providing to Mr. Edwards Do to his recent Transfer to FCI Beckley in West Virgina, From FCI Berlin in New Hampshire, The special lenses where to be Forwarded From FCI Berlin to FCI Beckley, so the Patient would have them eypon his arrival to the New Institution [Prescription] After spending two months in transit at MDC Brooklyn New york, Than quarantining an additional 21 days upon entering FCI Beckley Institution. Mr. Edwards Prescription lenses

Still has not been Provided to him, Leaving him walking around in A Blind state with out an inmate escort especially at night. Mr Edwards has been at FCI Beckley For two months now has made several complaints to medical through the proper channels, sick call, electronic copouts after being advise to do so by the head of medical Mrs. Fox at mainline but never recieving A response upon A Follow up with Mrs. Fox at mainline she gave me a verbal solution that she think the Past Institution should not have transFered Mr Edwards but instead put A Medical hold on him and that it was No telling when I would be seen to get my prescription lenses. Mr Edwards Feel he can obtain better medical treatment For himself IF Release than what the FBOP is willing to Provide, Also Mr Edwards Feels he's at risk to catch Covid-19 at FCI Beckley and Fears the deadly complications oF contracting the virus he could suffer IF that were to Occur do to his underlying Condition & extraordinary risk Factors, Obesity and lung damage. Seeing that the Institution staff at FCI Beckley dont Follow CDC Guidelines, Beside An intial Quarantine oF inmates entering the institution and

640 inmates of the institutions 1472 inmates No other proceedures are being made. A look at the prison cameras on any giving day will show that No Staff members at FCI Beckley wears a mask One of the most Noticable methods of Protection From Covid-19 according to the CDC, Including The institutions Top administrators IN Fact I've heard the younger Officers at FCI Beckley reffer to mask as chin diapers making a mockery of the severeness of the Global pandemic we are in as a nation and a mockery of over the 1million lives loss to the pandemic worldwide. Over more than half that number right here in our nation. This is Not an indictment on FCI Beckley institution but a show of concern For Mr Edwards and his health and wellness. Therefore Mr. Edwards is requesting to be released to home Confinement To his home address at 6810 southField Rd Ft. washington Maryland, where Mr Edwards will reside zip code 20744 with his Elderly step Mother in the home he grew up in As a youth in suburban Maryland with mrs Barbara Edwards Phone # 301 894-3856, If released Mr Edwards Paternity Brother Wesley Stanley would

Drive to pick him up From FCI Beckley His brother whom Has never been in Trouble with the law, is married with 5 Children and also Familiar with the area and roads in West Virigina being A Former Football player and attending College at the University of West Virgina and is A Former mountaineer. Mr Stanley address is 918 drum st District Heights MD 20746 and his phone # is 202 489-7143 would safely Transport Mr Edwards To his residence in Ft. Washington MD where Mr Edwards would effectively serve his home confinement. Mr. Edwards Has served over 11yrs and 6 months on A 14 yr superior court sentence and is well over the 85% mark of the time he has to serve on that Sentence. If Not For A 26 month Federal Supervision violation which is non violent Mr. Edwards would have been released on A mandatory release by Now or to A Halfway house For 2 to 3 months at this Point in his sentence. while mr Edwards recognizes all Charges are serious he Feels he is actively ready For society and has made the neccessary Connections in his planning to make his transition into

Society A smooth one. The president of The united states Joe Biden is Now releasing Defendants with 4 yrs or less on non-violent Charges under the Clemency law. Mr Edwards is First Coming under the compassionate release vehicle for that very reason seeing he would qualify for clemency. Do to the Non violent violation time he is left to serve. Hoping the institution recognize the risk inmate Edwards face with his underlying health conditions by remaining in Federal custody. Although Mr Edwards has recieved the moderna vaccine, It's been well pass six months now & there has been an embarrasing amount of Break through cases and the CDC advises that A booster shot is needed For Adults 65 and older and younger Adults with underlying conditions such As Mr Edwards Obesity and prior lung damage & scares. Mr Edwards has A Phenomenal Program history & Participation Completion rate while in the FDSP and continues to do so in effort to become A respectable law biden citizen that he striving to be he's even went as far to seek employment if release having A Job position offered to him If Granted Compassionate released in the Food service

Industry with A position at Chick Filet FastFood Restaraunt to earn a steady cash Flow and to make his transition A successful one back into society IF Granted Home ConFinement. Job Source Chick Filet Manager Shalece Wood Work # 202 560-4249 Mr Edwards is dedicated to change, success, living the American dream becoming a home owner Coming home at Night and being able to have dinner with his son after A days work and his son School day Going over the events oF the day with his son and becoming the positive role model and strong male Figure For him. Mr. Edwards is Now 40 years old Far From the 28 year old male when he was arrested. Mr Edwards Ask that this institution Grant his motion An be apart oF his success story.

Thank you
Sincerely
James Edwards