# EXHIBIT D

Inmate Name:          **Edwards, James W**
Register No.:         **31043-007**
Quarters:             **Pine A Upper**

This is in response to your Inmate Request to Staff Member, received on November 8, 2021, in which you request consideration for a reduction in sentence (RIS) based on concerns about COVID-19 and medical history. Specifically, you are requesting consideration due to Extraordinary or Compelling Circumstances.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

According to your medical evaluation, you do not have a terminal illness, or debilitated medical condition warranting release. The RIS is only considered if you are completely disabled, meaning you cannot carry on any self-care, and are totally confined to a wheelchair, or bed; or capable of only limited self-care and are confined to a bed or chair more than 50% of waking hours.

The BOP is taking extraordinary measures to contain the spread of COVID-19, and treat any affected inmates, and provide all inmates the opportunity to receive the COVID 19 vaccine. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____        11.16.29
D. L. Young, Warden        Date