# EXHIBIT F

```
 BOP4D            *           INMATE EDUCATION DATA         *     02-15-2022
PAGE 001          *               TRANSCRIPT                *     13:19:01

REGISTER NO: 31043-007   NAME..: EDWARDS                    FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: BEC-BECKLEY FCI


---------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BEC  ESL HAS    ENGLISH PROFICIENT          01-24-2003 1042 CURRENT
BEC  GED EARNED GED EARNED IN BOP           08-14-2007 1530 CURRENT


----------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
BER        RECREATION ASSISTANT            08-14-2020  05-27-2021  P   P  A  2500
BER        MEN'S HEALTH                    02-25-2021  05-27-2021  P   C  P    16
BER        INCOME AND EXPENSES BILINGUAL   03-09-2021  04-05-2021  P   C  P     2
BER        TALKING WITH YOUR DOCTOR        10-25-2020  11-01-2020  P   C  P     5
BER        PATH/JOURNEY TO RESPONSIBILITY  10-04-2020  12-19-2020  P   C  F     7
BER        ACE-SOCIAL STUDIES CIVIL WAR    05-27-2020  07-07-2020  P   C  P     5
BER        HEALTH FAIR (RPP 1)             07-08-2019  07-08-2019  P   C  P     1
BER        MOCK JOBFAIR INTERVIEW (RPP 2)  06-27-2019  06-27-2019  P   C  P     1
BER        MOCK JOBFAIR INFORMATION RPP2   06-27-2019  06-27-2019  P   C  P     3
BER        VT COMPUTER                     04-22-2019  06-03-2019  P   C  M   128
BER        RESUME WRIT. INTV.SKLL (RPP 2)  04-26-2019  05-01-2019  P   C  P     5
BER        PUBLIC SPEAKING                 03-13-2019  05-01-2019  P   C  P    10
BER        EXPLORATORY VT COMPUTERS        03-11-2019  04-11-2019  P   C  E    95
BER        OIL PAINTING                    01-09-2019  03-11-2019  P   C  P    16
BER        BEGINNING COLOR THEORY          01-02-2019  02-28-2019  P   C  P    16
BER        HEALTH FAIR (RPP 1)             06-05-2018  06-16-2018  P   C  P     1
MCK        0800 NCCER CORE CERTIFICATION   09-14-2017  01-04-2018  P   W  I    60
MCK        ACE-REAL ESTATE (INTRO)         10-11-2016  01-06-2017  P   C  P    32
MCK        RPP6 INSIDE OUT DAD M,W 8-10AM  05-31-2016  07-07-2016  P   C  P    24
MCK        RPP (6) PERSONALITY ASSESSMENT  01-28-2016  01-28-2016  P   C  P     2
MCR CHG    ACE PERSONAL SUCCESS MON 6-8PM  03-26-2015  06-03-2015  P   C  P    16
MCR CHG    BASIC ART M-F 5-7P              02-24-2015  04-15-2015  P   C  P     2
MCR        BEGINNING LEATHER M-F 5-7 PM    01-13-2014  03-12-2014  P   C  P     2
BEN        TPC ELECTRICAL VT M-F 8-9AM     02-07-2013  07-05-2013  P   C  C   120
BEN        RPP DISP OF PROPERTY(5)         02-07-2013  02-07-2013  P   C  P     1
BSY        STOP THE VIOLENCE;9:00AM        03-15-2012  04-26-2012  P   C  P    24
PEM        PRE-GED 12:30-2:00PM            03-26-2007  08-14-2007  P   C  P   505
PEM        PRE-GED 2:30-3:30PM             01-23-2007  03-26-2007  C   W  I     0
PEM        SNEAD GED 2:30-3:30PM           02-28-2005  01-23-2007  C   W  I     0
PEM        RPP #6 FREE YOUR MIND           08-31-2004  10-12-2004  P   C  P     8


----------------------------  HIGH TEST SCORES  -------------------------------
TEST       SUBTEST        SCORE     TEST DATE      TEST FACL    FORM       STATE
ABLE       LANGUAGE         9.0     06-16-2004     PEM          E
           NUMBER OPR       5.8     06-16-2004     PEM          E
           PROB SOLV        6.7     06-16-2004     PEM          E
           READ COMP        8.5     06-16-2004     PEM          E
           SPELLING         5.0     06-16-2004     PEM          E
           VOCABULARY       8.6     06-16-2004     PEM          E
GED        AVERAGE        498.0     08-10-2007     PEM          PASS       VA


G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOP4D            *        INMATE EDUCATION DATA         *      02-15-2022
PAGE 002 OF 002  *              TRANSCRIPT               *       13:19:01

REGISTER NO: 31043-007    NAME..: EDWARDS                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BEC-BECKLEY FCI

----------------------------- HIGH TEST SCORES -----------------------------
TEST            SUBTEST         SCORE      TEST DATE     TEST FACL    FORM     STATE
GED             LANG PROF         0.0      08-10-2007    PEM          OPTIO    VA
                LIT/ARTS        570.0      08-10-2007    PEM          IG       VA
                MATH            450.0      08-10-2007    PEM          IG       VA
                SCIENCE         480.0      08-10-2007    PEM          IG       VA
                SOC STUDY       530.0      08-10-2007    PEM          IG       VA
                STATE HIST        0.0      08-10-2007    PEM          OPTIO    VA
                WRITING         460.0      08-10-2007    PEM          IG       VA
TABE A          LANGUAGE          7.7      11-01-2006    PEM          9
                MATH APPL         6.1      11-01-2006    PEM          9
                MATH COMP         5.8      11-01-2006    PEM          9
                READING           6.6      11-01-2006    PEM          9




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```