"Let this be filed.

John D. Bates  *Digitally signed by John D. Bates*
*Date 2022.04.22 10:10:49 -04'00'*

—————————————————    —————
John D. Bates.                                  Date
U.S. District Judge"

6810 Southfield Rd

The Honorable Judge John D. Bates
U. S. District Court
333 Constitution Ave., N.W
Washington, D.C.

Re: James W. Edwards #31043-007

Greetings The Honorable Judge Bates:

I am requesting an early release of my stepson James W. Edwards from prison. He will reside with me. James has an 11-year-old son who lived with me the first three years of his life and spends many weekends with me. I love James and I love his son, my grandson.

I communicate with James almost every day and I am convinced he is ready for the outside world. I am also convinced this is where he needs to be, in my home, with me and his son.

A favorable decision from you can bring this family together. It is my hope and prayer that we receive a favorable decision.

Yours truly,

*Barbara J Edwards*
Barbara J. Edwards